UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

QUANG NGUYEN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.

Case No. 5:15-cv-05097-BLF

**CASE MANAGEMENT ORDER**

On 04/07/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 02/22/2018 at 9:00 am |
| Final Pretrial Conference | 05/03/2018 at 1:30 pm |
| Trial | 05/21/2018 at 9:00 am |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6  proposed schedule regarding dates and deadlines to trial.
7  IT IS FURTHER ORDERED THAT the parties are referred to ADR for mediation.  Parties
8  to contact the ADR Unit for scheduling.

Dated:  04/07/2016

_____
BETH LABSON FREEMAN
United States District Judge